UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

CASE NO. 08-60629-CV-BARRY L. GARBER

LEONARD RAPOPORT,

    Plaintiff,

v.

CLASSIC CRUISE HOLDINGS,
S. de R.I., a Panama corporation; d/b/a
REGENT SEVEN SEAS CRUISES,

    Defendant.
_____/

**FINAL ORDER FOR DISMISSAL WITH PREJUDICE**

THIS CAUSE came on for consideration on the Stipulation for Dismissal with Prejudice executed by the parties. It is hereby

ORDERED that said Stipulation is ratified and adopted by the Court and that this cause is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. All pending motions are DENIED AS MOOT and the Clerk of Court shall close this case.

DONE AND ORDERED in Chambers at Dade County, Miami, Florida this 17th day of November, 2009.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE